**BROCK & GONZALES, LLP**
6701 Center Drive West, Ste. 610
Los Angeles, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
TIMOTHY J. GONZALES, SBN. 234923
tg@brockgonzales.com
D. AARON BROCK, SBN. 241919
ab@brockgonzales.com
CHRISTOPHER P. BRANDES, SBN. 282801
cb@brockgonzales.com

**TAYLOR & RING, LLP**
1230 Rosecrans Ave., Ste. 260
Manhattan Beach, CA 90266
Tel: (310) 294-9595
Fax: (310) 961-3673
JOHN C. TAYLOR, SBN: 78389
taylor@taylorring.com
DAVID M. RING, SBN: 151124
ring@taylorring.com

**Attorneys for Plaintiff**
JESSICA DELISIO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DELISIO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> RON SHOEMAKER, an individual; HOURGLASS MANAGEMENT CORPORATION dba FLEXCO FLEET SERVICES, a Colorado corporation; FLEET LEASE EXCHANGE CO INC., a Colorado corporation; and DOES 1-50, inclusive, <br><br> Defendants. | **Case No.: 5:17-CV-02298-JFW-SP** <br> (*Assigned to Hon. John F. Walter*) <br><br><br> **DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |

1

**PLAINTIFF'S DECLARATION OF LEAD TRIAL COUNSEL**

## **DECLARATION OF D. AARON BROCK**

I, D. Aaron Brock, declare as follows:

1.      I make this declaration of my own true knowledge and, if called upon as a witness, I could and would competently testify to the truth of the same.

2.      I am an attorney at law duly licensed and admitted to practice in the State of California and in this Court. I am a partner at Brock & Gonzales, counsel of record for Plaintiff Jessica Delisio.

3.      I am registered as an "ECF User."

4.      My "Email Address of Record" is ab@brockgonzales.com.

5.      I have consented to service and receipt of filed documents by electronic means.

I declare under penalty of perjury pursuant to the laws of the United State of America that the foregoing is true and correct.

Executed this 22nd day of November 2017, in Los Angeles, California.

/s/ D. Aaron Brock
D. Aaron Brock

**PLAINTIFF'S DECLARATION OF LEAD TRIAL COUNSEL**